# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## CHAPTER 13

11-21115

In Re:  KENNETH FARROW RAIFORD                                      Chapter 13

KRISTI MALLIEN RAIFORD

Debtor(s)

DEBTOR(S):  Kenneth Farrow Raiford                                  S.S.#  xxx-xx-3463

Kristi Mallien Raiford                                              S.S.#  xxx-xx-6030

ADDRESS:  3490 Countryhill Dr.

Memphis, TN 38135

PLAN PAYMENT: Debtor(s) to pay  **$103.00**   **SEMI-MONTHLY**

PAYROLL DEDUCTION (X)  OR DIRECT( )      BECAUSE: _____

EMPLOYER:  Memphis City Schools

2597 Avery

Memphis, TN 38112                                                   1ST PMT: _____

ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PAYMENT

AUTO INSURANCE:  ( X ) Not included in Plan ( ) Included in Plan  _____

CHILD SUPPORT: Ongoing pmt. to _____ begins _____ 2011 _____

Child support arrearage amount _____

HOME MORTGAGE: If no arrearage, ongoing payments are to be made directly by the debtor(s).

Bank of America- Delete Pay Direct           Ongoing pmt. begins _____ 2011 _____

Approx. arrearage _____             Interest _____ %

_____                                Ongoing pmt. begins _____ 2011 _____

Approx. arrearage _____             Interest _____ %

SECURED CREDITORS: Adequate protection payment will be 1/4 (25%) of proposed creditor monthly payment.
(retain lien 11 U.S.C. §1325(a)(5))

| | VALUE OF COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PAYMENT |
|---|---|---|---|
| Wells Fargo | $4,000.00 | 5.0 % | $85.00 |
| | | % | |
| | | % | |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General Unsecured creditors will receive TBD%

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:    $32,412.00

TERMINATION: Plan shall terminate upon payment of the above, approximately 60 months.

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.